AO 91 (Rev. 11/11)  Criminal Complaint

# FELONY

United States Courts

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

Southern District of Texas
FILED

*April 12, 2026*

Nathan Ochsner, Clerk of Court

| United States of America | ) | | |
|---|---|---|---|
| V | ) | | |
| 1   Cynthia Dominique GONZALEZ | ) | Case No. | 1:26-MJ-501 |
| 2   Fernando Rivera Rojas | ) | | |
| *Defendant(s)* | ) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of April 12, 2026 in the county of Cameron in the Southern District of Texas,
the defendant(s) violated:

| *Code Section* | *Offense Description* Reentry of |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Any person who knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:
See attachment A.

☒   Continued on the attached sheet.

*Jose Soria*
*Complainant's Signature*

Sworn to telephonically and signed electronically pursuant to Fed.R.Crim4.1.

Jose Soria, Special Agent
*Printed name and title*

**April 12, 2026**

Date

Brownsville, Texas

*City and State*

Ignancio Torteya III  U.S. Magistrate Judge

*Printed name and title*

Case 1:26-cr-00505    Document 1    Filed 04/12/26 in TXSD    Page 2 of 2

United States Courts
Southern District of Texas
FILED

April 12, 2026

Nathan Ochsner, Clerk of Court

## 1:26-MJ-501
## Attachment A

On April 12, 2026 Fort Brown Border Patrol (FTB) Agent C. Garcia while conducting Highway operations in Zone 22 near Brownsville, Texas, took notice of a suspicious vehicle described as white in color SUV. The vehicle had made several atypical driving patterns on Highway 4, a common practice by smuggling load vehicles attempting to pick up illegal aliens off of Highway 4. United States Border Patrol (USBP) agents attempted conduct a traffic stop on the vehicle, identified as a white GMC Yukon bearing Texas registration ████████ USBP agents initiated lights and sirens from the USBP marked vehicle. At this time, the GMC Yukon fled at a high rate of speed near FM 511 and Indiana Road in Brownsville Texas. USBP agents advised they lost visual of the vehicle and continued to search the area of last know direction. USBP Agents located a vehicle matching description of the vehicle that fled from them. The GMC Yukon was involved in a roll over vehicle crash, which occurred at FM 511, just south of the Highway 550 toll road. USBP agents searched the area and found four subjects hiding in the brush. One subject found on scene was determined deceased by the Justice of the Peace.

Material Witness 1: Fabian CHAVEZ-Moreno is a citizen of Mexico with no documents to remain in the United States. CHAVEZ- Moreno positively identified subject photo #4 as the foot guide, on a Department of Homeland Security (DHS) photo line. Subject #4 has been identified as Fernando Alejandro RIVERA-ROJAS, DOB:████1986. CHAVEZ-Moreno stated that RIVERA-Rojas crossed them into the United States and guided them up to the road to get picked up by a white or silver Tahoe or Yukon. CHAVEZ-Moreno was shown a DHS photo lineup of six different female individuals and asked if he could identity anyone. CHAVEZ-Moreno was able to positively identify subject #1, as the driver of the Tahoe that crashed. Subject #1 has been identified as Cynthia Dominique GONZALEZ, DOB: ████████ 2006.

During post arrest interview, RIVERA-Rojas admitted to being the foot guide for the group that loaded up in the white GMC Yukon. RIVERA-Rojas identified Cynthia Dominique GONZALEZ as the driver of the white GMC Yukon.

*Jose Soria*

_Complainant's Signature_
Jose Soria, Special Agent

Sworn to telephonically and signed electronically pursuant to Fed.R.Crim4.1.

**April 12, 2026**

_Date_

Brownsville, Texas

_City and State_

_Printed name and title_

_Judge's signature_

Ignacio Torteya III, U.S. Magistrate Judge

_Printed name and title_